# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : Case No.: 2:20-cv-01469-RJC |
| Plaintiffs, | : |
| v. | : |
| | : |
| MILLENIUM HOTELS INC., | : |
| Defendant. | : |
| _____ | : |
| | : |
| | : |

## PLAINTIFF'S MOTION FOR DEFAULT

Plaintiff, by and through undersigned counsel, hereby move for default against the Defendant, MILLENIUM HOTELS INC. Defendant was served with the summons and complaint on October 14, 2020. Defendant's answer or responsive pleading was due November 4, 2020. Defendant has failed to file any response.

DATED: November 6, 2020

    Respectfully submitted,

    Attorney for Plaintiff:

    _/s/ Tristan W. Gillespie__

    Tristan W. Gillespie, Esq.
    **Thomas B. Bacon, P.A.**
    5150 Cottage Farm Rd.
    Johns Creek, GA 30022
    ph. (404) 276-7277
    Gillespie.tristan@gmail.com