IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

          Plaintiffs,

v.

MILLENIUM HOTELS INC.,

      Defendant.
_____

Case No.: 2:20-cv-01469-RJC

### PLAINTIFF'S BILL OF COSTS AND LITIGATION EXPENSES

Plaintiff hereby submits the following bill of costs and expenses incurred in the instant action. Litigation expenses are awardable pursuant to 42 U.S.C. Section 12205.

**Costs**

| | |
|---|---|
| Filing fees | $400.00 |
| Process server | $140.00 |
| Initial investigator | $650.00 |
| Re-inspection fee | $650.00 |
| Litigation Expenses | $8,500.00 |
| **Total costs and expenses:** | **$10,340.00** |

Respectfully submitted,

 _/s/ Tristan W. Gillespie__
Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com