| | | |
|---|---|---|
| Caplan, Caplan & Caplan Process Servers<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020029784<br>10/19/2020<br> |

TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.
5150 COTTAGE FARM RD
JOHNS CREEK, GA 30022

Reference Number: 4202

**Case Number: WESTERN 2:20-CV-1469**

Plaintiff:
**SAIM SARWAR**

Defendant:
**MILLENIUM HOTELS, INC**

Received: 10/2/2020   Served: 10/14/2020 5:50 pm   CORPORATE
To be served on: MILLENIUM HOTELS, INC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| OUT OF STATE ORIGINAL | 1.00 | 140.00 | 140.00 |
| TOTAL CHARGED: | | | $140.00 |

**BALANCE DUE:** $140.00