# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

        Plaintiffs,

v.

MILLENIUM HOTELS INC.,

        Defendant.

_____

Case No.: 2:20-cv-01469-RJC

## Tristan W. Gillespie Timesheet

**9/30/20**

| | |
|---|---:|
| Review initial pre-suit investigation report and screenshots | 0.5 |
| Research name and address of corporate owner of subject hotel. | 1.6 |
| Research whether Defendant had any prior ADA lawsuits filed against them. | 0.3 |
| Draft and file Summons and Complaint. | 2.9 |

**10/02/2020**

| | |
|---|---:|
| Review 12(b) Order and scheduling notice | 0.5 |

**10/19/2020**

| | |
|---|---:|
| Receive and file Affidavit of Service | 0.4 |

**10/21/2020**

| | |
|---|---:|
| Review/analyze motion to consolidate | 0.9 |

**10/22/2020**

| | |
|---|---:|
| Review/ analyze this Court's Order re motion to consolidate | 0.4 |

**11/4/2020**

| | |
|---|---:|
| Draft and file response to motion to consolidate | 1.9 |

**11/5/2020**

| | |
|---|---:|
| Review/analyze reply re motion to consolidate | 0.7 |

**11/6/2020**

| | |
|---|---:|
| Draft and file motion for default. | 0.7 |

**11/9/2020**
Review this court's order re motion for default, correct and re-file same.                        0.3

**11/12/2020**
Draft and file motion for default judgment.                                                       2.7

**11/19/2020**
Review/analyze this court's order re default hearing.                                             0.3
Send Order to defendant. Draft and file certificate of service re same.                           0.7

**11/23/2020**
Draft and file motion for attorney fees                                                           2.9
                                                                                                 ‾‾‾‾
                                    Total TG Time                                                 20.0

**Compensable TWG Time (20.0 hours multiply by $425.00/hr) = $8500.00**