IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

        Plaintiffs,

v.

MILLENIUM HOTELS INC.,

        Defendant.

_____

Case No.: 2:20-cv-01469-RJC

## AFFIDAVIT OF TRISTAN W. GILLESPIE, ESQ.

I, Tristan W. Gillespie, Esq, hereby state under oath the following:

1. I am an attorney for the above-referenced Plaintiff. I have been an attorney since 2006 and a member in good standing in the Georgia, New York, Maryland, District of Columbia, and New Jersey Bars. My resume is attached hereto.

2. I have handled hundreds of Title III ADA cases during the course of my professional career.

3. I am an attorney in the instant action. I certify that I personally entered and fully reviewed my time records and supporting data submitted in this action and, specifically in Plaintiffs' Fee Petition and that the motion is well-grounded and justified, and my time records are accurate.

1

4. The time sheets submitted by me are primary, rather than secondary (attached). At the time of each task, I personally open the time sheet file maintained on my computer. I personally enter the date, description of the task, and time in tenths of an hour. When appropriate, I add up the time and calculate the entire bill. The exhibit submitted as my time sheet is the original time sheet I maintain, converted into PDF version for submission as an exhibit.

5. A Bill of Costs and expenses incurred in this matter is attached hereto as Exhibit C.

Pursuant to 28 USC § 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2020.

Attorney for Plaintiff:

_/s/ Tristan W. Gillespie__
Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com